[No. 37769-1-II.   Division Two.   November 9, 2009.]

WOODFIELD NEIGHBORHOOD HOMEOWNER'S ASSOCIATION, *Respondent*, v. RICARDO G. GRAZIANO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-09028-8, Susan Serko, J., entered May 2, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ. Now published at 154 Wn. App. 1.

[No. 37788-8-II.   Division Two.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO SALGADO ROJAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01498-5, John F. Nichols, J., entered May 21, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 37986-4-II.   Division Two.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW CRAIG SKYBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00313-7, Richard L. Brosey, J., entered June 10, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 38372-1-II.   Division Two.   November 9, 2009.]

STUART MCCOLL, *Appellant*, v. SEQUIM SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 08-2-00553-7, S. Brooke Taylor, J., entered August 29, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.